UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD L. SANCHEZ,                           No. C 06-856 SI (pr)

       Plaintiff,                                    **ORDER OF DISMISSAL**

   v.

M. FORISTAL; et al.,

       Defendants.
                                              /

      Plaintiff filed this pro se civil action on February 9, 2006. On that date, the court notified plaintiff in writing that the complaint was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the completed application within thirty days would result in dismissal of the action. Plaintiff has failed to provide the court with either the filing fee or a complete in forma pauperis application and the deadline by which to do so has passed. Mail sent to him was returned undelivered and he has not provided a current address. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a complete in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new civil complaint to commence that new action. Because this action is now dismissed, plaintiff should not file an application or pay the filing fee in this action. The clerk shall close the file.

     IT IS SO ORDERED.

Dated: March 31, 2006                                            _____
                                                                             SUSAN ILLSTON
                                                                     United States District Judge